IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES M. COLLIER, JR.,

    Plaintiff,

v.                                 Civil Action No. 3:12CV15

DIRECTOR ABRAHAM,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on February 10, 2012, the Court conditionally docketed Collier's action. On February 27, 2012, the February 10, 2012 Memorandum Order was returned to the Court by the United States Postal Service. Apparently, Collier has left the Henrico County Jail West, where he was confined when he filed this action. Collier has not contacted the Court to provide a current address. Collier's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Collier.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: September 17, 2012
Richmond, Virginia